

**Entered on Docket
September 15, 2009**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

_____

Uploaded on 9/3/09
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
State Bar No. 3048
7381 W. Charleston Blvd. Ste. 1140
Las Vegas, NV 89117
(702) 794-0373
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-15402MKN |
| PAUL CADENA | ) | Chapter 13 |
| MARGARET M CADENA | ) | |
|     Debtors. | ) | DATE: 7-30-09 |
| | ) | TIME: 3:30 p.m. |

<u>ORDER RE:</u>
<u>GRANTING MOTION TO VOID SECOND MORTGAGE LIEN</u>

This matter having come on for hearing this 30th day of July, 2009, THOMAS E. CROWE, ESQ., on behalf Debtors, having been present, proper notice having been given, and upon the arguments of counsel, it is therefore ORDERED AND DECREED:

THAT Countrywide Home Loans' lien is adjudicated as an unsecured lien and treated as an unsecured claim upon the completion of the Debtors Chapter 13 Plan and they receive a discharge. It is further ORDERED that Countrywide Home Loans' lien have no further force and

effect as a secured lien against Debtors' real property located at 674 Kentons Run Ave, Henderson, NV 89052 upon completion of the Debtors Chapter 13 Plan and they receive a discharge.

Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By /s/ THOMAS E. CROWE
  THOMAS E. CROWE, ESQ.
  7381 W. Charleston Blvd.
  Suite 110
  Las Vegas, Nevada 89117
  Attorney for Debtor


_Did not respond_
GREGORY L WILDE
Attorney for BAC Home Loan Servicing fka
Countrywide Home Loans Servicing LP

CHAPTER 13 TRUSTEE

KATHLEEN LEAVITT

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Gregory Wilde did not respond.

###